NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ASTRAZENECA LP AND ASTRAZENECA AB,**
*Plaintiffs-Appellants,*

v.

**BREATH LIMITED,**
*Defendant-Appellee,*

AND

**APOTEX, INC. AND APOTEX CORP.,**
*Defendants-Cross Appellants,*

AND

**SANDOZ INC.,**
*Defendant-Appellee,*

AND

**WATSON LABORATORIES, INC.,**
*Defendant-Appellee.*

---

2013-1312, -1352

---

Appeals from the United States District Court for the District of New Jersey in consolidated No. 08-CV-1512, Judge Renee Marie Bumb.

**ON MOTION**

**O R D E R**

Before RADER, *Chief Judge,* BRYSON and LINN, *Circuit Judges*.

LINN, *Circuit Judge.*

AstraZeneca LP and AstraZeneca AB (AstraZeneca) seek to enjoin Breath Limited, Watson Laboratories, Inc., Apotex Corp., Apotex, Inc., and Sandoz, Inc. (collectively, the appellees) from launching their accused generic products during the pendency of this appeal. Breath Limited, Watson Laboratories, Inc., and Sandoz, Inc. oppose.

Teva Pharmaceuticals USA, Inc. moves without opposition for leave to file a brief amicus curiae regarding the motion for an injunction.

Rule 8(a)(2) of the Federal Rules of Appellate Procedure authorizes this court to grant an injunction pending appeal. Our determination is governed by four factors: (1) whether the movant has made a strong showing of likelihood of success on the merits; (2) whether the movant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies. *Hilton v. Braunskill,* 481 U.S. 770, 776 (1987).

Without prejudicing the ultimate disposition of this case by a merits panel, we conclude based upon the papers submitted that AstraZeneca has established that it is entitled to the relief of enjoining appellees from launching their accused generic products during the pendency of this appeal.

ASTRAZENECA LP v. BREATH LIMITED                                3

Upon consideration thereof,

IT IS ORDERED THAT:

(1) AstraZeneca's motion is granted.

(2) As a condition for the injunction pending appeal, AstraZeneca is required to post a $72 million bond with the district court within 7 days of the date of this order.

(3) Teva Pharmaceuticals USA, Inc.'s motion to file a brief amicus curiae is granted.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26